IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EARL LEE WRIGHT                                                                  PETITIONER

vs.                                                              Civil Action No. 1:13-cv-584-KS-MTP

CHRISTOPHER EPPS                                                                  DEFENDANT

ORDER

This cause is before the Court on Motion for Certificate of Appealability filed by Earl Lee Wright [54]. The Court finds that there is no appealable Order pending. The last Order entered by the Court was document [51] which was entered June 9, 2015. It is not a Final Order and any other earlier Order would be out of time. However for the clearing of the docket the Court finds that the Motion for Certificate of Appealability [54] should be **DENIED.**

SO ORDERED this the ___20th___ day of December, 2016.

                                            ___s/Keith Starrett_____
                                            UNITED STATES DISTRICT JUDGE